UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., | ) |
| Plaintiff, | ) Case No. MC10-90-MJP |
| v. | ) ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

The Court, having reviewed plaintiff's proposed complaint, the Report and Recommendation of United States Magistrate Judge James P. Donohue, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Because plaintiff has already filed three *in forma pauperis* applications and proposed civil actions this year, his *in forma pauperis* application is DENIED. *See In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992) (bar order);

//

//

//

//

ORDER OF DISMISSAL - 1

(3) Plaintiff's proposed tort action is DISMISSED; and

(4) The Clerk shall close this case and send a copy of this Order to plaintiff and to Judge Donohue.

DATED this 10th day of August, 2010.

_____
Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 2